# Appearance of Counsel

Sixth Circuit
Case No.: __12-1585__   Case Manager: _____

Case Name: __American University of Antigua__ vs. __Steven Woodward__

Client's or
Clients' Name(s): (List all clients on this form, do not file a separate appearance form for each client.)

__American University of Antigua__

- ☒ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. Check if you are lead counsel. ☒

Name: __Eric A. Buikema__   Admitted: __5-25-12__
(Sixth Circuit admission date only)

Signature: _____

Firm Name: __Cardelli, Lanfear & Buikema__

Business Address: __322 W. Lincoln__

Suite: _____ City/State/Zip: __Royal Oak, Michigan 48067__

Telephone Number: (Area Code) __248-544-1100__   Fax: __248-544-1191__

---

**CERTIFICATE OF SERVICE**

I certify that on __May 25, 2012__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ __Kathy Zalewski__