Nos. 12-1128/1584/1585/1738

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> STEVEN WOODWARD, <br><br> Defendant-Appellant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) O R D E R <br> ) <br> ) <br> ) <br> ) |

FILED
May 09, 2013
DEBORAH S. HUNT, Clerk

**BEFORE:** CLAY and ROGERS, Circuit Judges; and GRAHAM,[*] District Judge.

The court having received a petition for rehearing en banc, and the petition having been circulated not only to the original panel members but also to all other active judges of this court, and no judge of this court having requested a vote on the suggestion for rehearing en banc, the petition for rehearing has been referred to the original panel.

The panel has further reviewed the petition for rehearing and concludes that the issues raised in the petition were fully considered upon the original submission and decision of the cases. Accordingly, the petition is denied.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk

---

[*] Hon. James L. Graham, Senior United States District Judge for the Southern District of Ohio, sitting by designation.