## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 21, 2013

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 12-1128/12-1584/12-1585/12-1738,
*American University of Antigua v. Steven Woodward*
Originating Case No. : 2:10-cv-10978

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

                                              Sincerely yours,

                                              s/Linda M. Niesen
                                              Case Manager
                                              Direct Dial No. 513-564-7038

cc:  Mr. Eric Allan Buikema
     Mr. Steven Woodward

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 12-1128/12-1584/12-1585/12-1738

_____

Filed: May 21, 2013

AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE

    Plaintiff - Appellee

v.

STEVEN WOODWARD

    Defendant - Appellant

<u>MANDATE</u>

   Pursuant to the court's disposition that was filed 03/15/2013 the mandate for this case hereby issues today.

COSTS:  None